No. 1727, Misc. SCHNEIDER *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. *Zach H. Douglas* for petitioner. 

No. 1732, Misc. GALLARDO *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 1740, Misc. KING *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 1742, Misc. LADD *v.* SUPERIOR COURT OF THE COUNTY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1748, Misc. BRYANT *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1782, Misc. SCHACK *v.* FLORIDA. C. A. 5th Cir. Certiorari denied.

The following petitions for writs of certiorari are denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 677, Misc. AGUILAR *v.* UNITED STATES. C. A. 9th Cir. *James M. Hall* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Anthony P. Nugent, Jr.,* for the United States. 

No. 798, Misc. TAYLOR *v.* TENNESSEE. Sup. Ct. Tenn. Petitioner *pro se. George F. McCanless,* Attorney General of Tennessee, and *Robert F. Hedgepath,* Assistant Attorney General, for respondent.

No. 842, Misc. EARL *v.* UNITED STATES. C. A. D. C. Cir. *James E. Hogan* for petitioner. *Solicitor General*

*Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 944, Misc. MOTTRAM *v.* ROBBINS, WARDEN. C. A. 1st Cir. Petitioner *pro se. James S. Erwin,* Attorney General of Maine, and *John W. Benoit,* Assistant Attorney General, for respondent.

No. 1007, Misc. STUBBS *v.* CROUSE, WARDEN. C. A. 10th Cir. Petitioner *pro se. Robert C. Londerholm,* Attorney General of Kansas, and *J. Richard Foth,* Assistant Attorney General, for respondent.

No. 1011, Misc. GILBERT *v.* UNITED STATES. C. A. 9th Cir. *James F. Kirkham* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 1015, Misc. WINGFIELD *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Petitioner *pro se. Reno S. Harp III,* Assistant Attorney General of Virginia, for respondent.

No. 1117, Misc. POSLEY *v.* ILLINOIS. Sup. Ct. Ill. *Gerald W. Getty* and *James J. Doherty* for petitioner. *William G. Clark,* Attorney General of Illinois, for respondent.

No. 1194, Misc. FERGUSON ET AL. *v.* UNITED STATES. C. A. 10th Cir. Petitioners *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 1195, Misc. LABLANC *v.* COLORADO. Sup. Ct. Colo. Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *Robert C. Miller,* Assistant Attorney Gen-